No. 701. ZAVALA *v.* THE PEOPLE OF PORTO RICO ET AL.—Appeal from the District Court of Arecibo. Motion to dismiss the appeal. Decided May 29, 1911. Appeal dismissed for the reason that the order appealed from is unappealable. *Messrs. Foster V. Brown, Attorney General,* and *J. H. Brown* for petitioners. *Messrs. Alvarez Nava* and *Domínguez* for respondents.

No. 712. ZENGOTITA *v.* MUNICIPALITY OF HUMACAO.—Appeal from the District Court of Humacao. Motion to dismiss the appeal. Decided June 12, 1911. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure and rule 40 of the Supreme Court. *Mr. Antonio Aponte, Jr.,* for petitioner. *Mr. Manuel Tous Soto* for respondent.

No. 682. RIVERA *v.* VARGAS.—Appeal from the District Court of Aguadilla. Motion to dismiss the appeal. Decided June 19, 1911. Appeal dismissed for noncompliance with rule 42 of the Supreme Court. *Mr. Alfredo Blasco Pagán* for petitioner. *Mr. Juan B. Soto* for respondent.

No. 721. HUERTAS ET AL. *v.* RIVERA ET AL.—Appeal from the District Court of Humacao. Motion to dismiss the appeal. Decided June 20, 1911. Appeal dismissed because not taken in due time. *Mr. Henry F. Hord* for petitioner. *Messrs. Vias Ochoteco* and *Ferrer* for respondent.

No. 722. EX PARTE RAMÍREZ.—Appeal from the District Court of San Juan. Motion to dismiss the appeal. Decided June 20, 1911. The appeal taken by Luis Ramírez Peña is dismissed on the ground that he was not a party to the proceedings. *Mr. José G. Torres* for petitioner.